11316. PERKINS *v.* NORRISTOWN SCHOOL DISTRICT.

11317. THOMPSON *v.* EBENEZER SCHOOL DISTRICT.

JENKINS, P. J. Under the answer of the Supreme Court to questions certified to it by this court in these cases (151 *Ga.* 414, 107 S. E. 42), the judgments of the court below must stand.

*Affirmed. Stephens and Hill, JJ., concur.*

, DECIDED MAY 14, 1921.

Validation of bonds; from Emanuel superior court — Judge Hardeman. December 1, 13, 1919.

*I. W. Rountree,* for plaintiffs in error.

*Walter F. Grey, solicitor-general, A. S. Bradley, A. A. & E. L. Meyer,* contra.